**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IAN BROWN,

        Plaintiff,

v.                                              Case No:  6:16-cv-898-Orl-40GJK

SEADOG BREWPUB BV, LLC and
FRED HAYMAN,

        Defendants.
_____/

## ORDER

This cause is before the Court on Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (Doc. 38) filed on November 11, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. 40), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 29, 2016 (Doc. 39), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (Doc. 38) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's general release (Doc. 38-1 at ¶3) and the confidentiality provision (Doc. 38-1 at ¶8) is **STRICKEN** from the Settlement Agreement.

4. The Joint Motion for Settlement Agreement Approval and Dismissal with Prejudice (Doc. 38) is **GRANTED** to the extent that the Court finds the Agreement (Doc. 38-1), with the modifications set forth above, to be a fair and reasonable compromise of Plaintiff's FLSA claims.

5. The motion is otherwise **DENIED**.

6. The case is **DISMISSED with Prejudice**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 12, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties